# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JERRY SMITH and DEBORAH SMITH, ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 3:08-0549 |
| ) | Judge Trauger |
| MPIRE HOLDINGS, LLC., a/k/a MRT Holdings, ) | Magistrate Judge Bryant |
| THE MOMENTUM GROUP, MARK MANUEL, ) | |
| GREG MANUEL(and Counter-Plaintiff), ) | |
| MIKE MANUEL (and Counter-Plaintiff), and ) | |
| JAMES CLEMENTS, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On December 23, 2009, the Magistrate Judge issued a Report and Recommendation. (Docket No. 172)

Defendants Michael Manuel and Gregory Manuel have hand-delivered to the court a packet of documents entitled "Judicial Notice," which the court directs the Clerk to file in the record of this case. The court will treat these documents as objections to Judge Bryant's Report and Recommendation.

The court has reviewed these documents and finds them wholly lacking in legal merit and not directed as proper objections to the Report and Recommendation. To the extent these documents may be considered objections, they are **OVERRULED**.

The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiffs' Motion to Strike (Docket No. 116) is **GRANTED**, and the filings by defendants

1

Michael Manuel and Gregory Manuel (Docket Nos. 88, 90) are **STICKEN** from the record.

It is so **ORDERED**.

ENTER this 1st day of February 2010.

_____
ALETA A. TRAUGER
U.S. District Judge

2

Case 3:08-cv-00549   Document 189   Filed 02/01/10   Page 2 of 2 PageID #: 1512