# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JERRY SMITH and DEBORAH SMITH, | ) |
| | ) |
|     Plaintiffs/Counter-Defendants, | ) |
| | ) |
| v. | )     Civil No. 3:08-0549 |
| | )     Judge Trauger |
| MPIRE HOLDINGS, LLC., a/k/a MRT Holdings, | )     Magistrate Judge Bryant |
| THE MOMENTUM GROUP, MARK MANUEL, | ) |
| GREG MANUEL(and Counter-Plaintiff), | ) |
| MIKE MANUEL (and Counter-Plaintiff), and | ) |
| JAMES CLEMENTS, | ) |
| | ) |
|     Defendants. | ) |

## O R D E R

On February 22, 2010, the Magistrate Judge issued a Report and Recommendation

(Docket No. 202), to which no timely objections have been filed. The Report and

Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law

of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to

Dismiss filed by defendant Mark Manuel (Docket No. 94) is **DENIED** and the Plaintiffs' Motion

to Strike And/Or Deny Defendant Mark Shannon Manuel's Motion to Dismiss (Docket No. 117)

is **GRANTED**.

This case is **REFERRED** back to Magistrate Judge Bryant for additional handling under

the original referral Order.

It is so **ORDERED**.

ENTER this 22nd day of March 2010.

_____
    ALETA A. TRAUGER
    U.S. District Judge