IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY SMITH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-549 |
| ) | Judge Trauger |
| MPIRE HOLDINGS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

For the reasons discussed in the accompanying Memorandum, Magistrate Judge Bryant's August 30, 2011 Report and Recommendation (Docket No. 342) is **ACCEPTED** and the defendants' Objections (Docket Nos. 352-354) are **OVERRULED**. Thus, the plaintiffs' Motions for Default Judgment (Docket Nos. 308 and 309) are **GRANTED** and a judgment of $187,000 is hereby **ENTERED** against defendants MPIRE Holdings, LLC, The Momentum Group, Mark Manuel, Greg Manuel, and Mike Manuel, jointly and severally. This case is **REFERRED** back to Judge Bryant to consider the specific amount in interest, fees, and costs to be awarded to the plaintiffs, along with any other outstanding issues in this case.

It is so Ordered.

Enter this 26th day of September 2011.

                                                                                                   _____
                                                                                                   ALETA A. TRAUGER
                                                                                                   United States District Judge