```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION

JERRY SMITH, et al.,            )
                                )
      Plaintiffs,               )
                                )
        v.                      )       NO.  3:08-0549
                                )       Judge Trauger/Bryant
MPIRE HOLDINGS, LLC., et al.,   )       Jury Demand
                                )
      Defendants.               )
```

TO: The Honorable Aleta A. Trauger

## REPORT AND RECOMMENDATION

On September 26, 2011, the Court entered judgment against defendants, jointly and severally, in the amount of One Hundred Eighty Thousand Dollars ($187,000.00) and referred this case back to the undersigned Magistrate Judge to consider any interest, fees, and costs to be awarded to plaintiffs, along with any other outstanding issues in this case.

Since the entry of this judgment and order of referral, plaintiffs have filed no bill of costs or other filings related to interest, fees or costs.

In the absence of such filings, the undersigned Magistrate Judge **RECOMMENDS** that interest on the One Hundred Eighty Thousand Dollars ($187,000.00) judgment entered in this case be calculated at the statutory rate, 28 U.S.C. § 1961, from the date of entry of judgment until the judgment is paid, and, in the absence of a filing of the bill of costs, that no additional fees or costs be awarded.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from service of this Report and

Recommendation in which to file any written objections to this Recommendation, with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).

        **ENTERED** this 9th day of April, 2012.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge

Case 3:08-cv-00549   Document 378   Filed 04/09/12   Page 2 of 2 PageID #: 2335