# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY SMITH and DEBORAH SMITH, | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0549 |
| | ) | Judge Trauger |
| MPIRE HOLDINGS, LLC., a/k/a MRT Holdings, | ) | Magistrate Judge Bryant |
| THE MOMENTUM GROUP, MARK MANUEL, | ) | |
| GREG MANUEL(and Counter-Plaintiff), | ) | |
| MIKE MANUEL (and Counter-Plaintiff), and | ) | |
| JAMES CLEMENTS, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Plaintiff Deborah W. Smith has filed a timely Objection, in letter form (Docket No. 385), to the Report and Recommendation issued by the Magistrate Judge on April 9, 2012 (Docket No. 378). Based upon the matters raised by plaintiff Deborah W. Smith, it is hereby **ORDERED** that the issue of interest, fees and costs is **RETURNED** to the Magistrate Judge with the request that he schedule a show cause hearing, at which plaintiff's counsel will be ordered to appear in person and explain his failure to apply for interest, fees and costs on behalf of this plaintiff.

It is so **ORDERED**.

ENTER this 11th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge