UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:08-0549 |
| ) | Judge Trauger/Bryant |
| MPIRE HOLDINGS, LLC., et al., ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

**O R D E R**

Plaintiffs' counsel, Bruce I. Griffey, has filed his motion for leave to participate by telephone in the show cause hearing set for Friday, June 8, 2012, before the undersigned Magistrate Judge (Docket Entry No. 406). This motion includes a lengthy factual account of matters asserted to be pertinent to issues presently before the Court.

The show cause hearing presently scheduled for June 8 has been scheduled in accordance with the order of the District Judge (Docket Entry No. 388) directing that plaintiffs' counsel shall be required to appear in person to explain their failure to apply for interest, fees and costs on behalf of plaintiffs.

Given the order of the District Judge, counsel's motion to be allowed to participate by telephone conference is **DENIED**, without prejudice to counsel's right to file a motion to reschedule the show cause hearing to a more convenient time or, alternatively, to seek review of this order by the District Judge pursuant to Rule 72(a), Federal Rules of Civil Procedure.

It is so **ORDERED**.

                                                s/ John S. Bryant
                                                JOHN S. BRYANT
                                                United States Magistrate Judge