UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:08-0549 |
| ) | Judge Trauger/Bryant |
| MPIRE HOLDINGS, LLC., et al., ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

### O R D E R

As directed by the District Judge (Docket Entry No. 409), the show cause hearing in this case is hereby **rescheduled** to **Monday, July 16, 2012, at 1:30 p.m.**

It is so **ORDERED.**

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge