ORDER:
Motion granted.
Hearing RESCHEDULED
to August 2, 2012,
at 1:30 p.m. Counsel
shall immediately inform
plaintiffs of this
rescheduling.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRCT OF TENNESSEE
NASHVILLE DIVISION

JERRY and DEBORAH SMITH,  )
                          )
Plaintiffs,               )
                          )
-vs-                      )          Case No. 3: 08-0549
                          )
MPIRE HOLDINGS, LLC, et al., )        Judge Trauger
                          )          Magistrate Judge Bryant
Defendants.               )

---

## EMERGENCY MOTION BY COUNSEL TO RESET SHOW CAUSE HEARING

---

1.    Comes now Counsel for Plaintiffs Deborah and Jerry Smith, Bruce I. Griffey, and files

this emergency motion to RESET the "Show Cause Hearing" for a date next week, between July

30 and August 3, 2012.

2.    Counsel apologizes for the inconvenience and additional expenditure of time regarding

the show cause hearing in this matter.

3.    Counsel's wife was directed to go to Emergency Room on Wednesday, July 17, 2012,

with extremely high blood pressure, shortness of breath, and chest pains.

4.    Counsel's wife was not released until approximately 4:00 pm on Thursday, July 18, 2012,

after numerous tests, stress-echocardiograms, and other medical testing/evaluation and continues

to be treated for dangerously high blood pressure.

5.    Counsel obtained the Order entered Friday, July 19, 2012, RESETTING the show cause

hearing for today, July 24th, 2012, at 1:30 pm before this Court and contacted his clients

regarding the same

Case 3:08-cv-00549   Document 444   Filed 07/24/12   Page 1 of 1 PageID #: 2457