UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRCT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY and DEBORAH SMITH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. 3: 08-0549 |
| ) | |
| MPIRE HOLDINGS, LLC, et al., ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| Defendants. ) | |

ORDER:
Motion granted. Hearing RESCHEDULED to August 2, 2012, at 1:30 p.m. Counsel shall immediately inform Plaintiffs of this rescheduling.

John Bryant, USMJ

## EMERGENCY MOTION BY COUNSEL TO RESET SHOW CAUSE HEARING

1. Comes now Counsel for Plaintiffs Deborah and Jerry Smith, Bruce I. Griffey, and files this emergency motion to RESET the "Show Cause Hearing" for a date next week, between July 30 and August 3, 2012.

2. Counsel apologizes for the inconvenience and additional expenditure of time regarding the show cause hearing in this matter.

3. Counsel's wife was directed to go to Emergency Room on Wednesday, July 17, 2012, with extremely high blood pressure, shortness of breath, and chest pains.

4. Counsel's wife was not released until approximately 4:00 pm on Thursday, July 18, 2012, after numerous tests, stress-echocardiograms, and other medical testing/evaluation and continues to be treated for dangerously high blood pressure.

5. Counsel obtained the Order entered Friday, July 19, 2012, RESETTING the show cause hearing for today, July 24th, 2012, at 1:30 pm before this Court and contacted his clients regarding the same