IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY SMITH and DEBORAH SMITH, ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 3:08-0549 |
| ) | Judge Trauger |
| MPIRE HOLDINGS, LLC., a/k/a MRT Holdings, ) | Magistrate Judge Bryant |
| THE MOMENTUM GROUP, MARK MANUEL, ) | |
| GREG MANUEL(and Counter-Plaintiff), ) | |
| MIKE MANUEL (and Counter-Plaintiff), and ) | |
| JAMES CLEMENTS, ) | |
| ) | |
| Defendants. ) | |

# O R D E R

On August 2, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 452), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Judgment previously entered in this case shall bear interest at the statutory rate, pursuant to 28 U.S.C. § 1961, from the date of entry of the Judgment on September 26, 2011, until the Judgment is paid. No additional fees or costs will be awarded.

It is further **ORDERED** that attorney Bruce I Griffey's Motion For Leave to Withdraw as Counsel for Plaintiffs (Docket No. 433) is **GRANTED**, on the condition that Mr. Griffey seek no recovery of his contingent legal fee out of any portion of the Judgment that may eventually be recovered against any of the defendants.

1

It is further **ORDERED** that this case is returned to Magistrate Judge Bryant for any further action that needs to be taken or an order closing the file.

It is so **ORDERED**.

ENTER this 22nd day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge