UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY SMITH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MPIRE HOLDINGS, LLC., et al., )<br>)<br>Defendants. ) | NO. 3:08-0549<br>Judge Trauger/Bryant<br>**Jury Demand** |

### O R D E R

The District Judge has referred this case to the undersigned Magistrate Judge for any further action or an order closing the file (Docket Entry No. 463).

No further motions or other matters are pending in this case, and the undersigned Magistrate Judge is unaware of any additional action that needs to be taken before this case is closed. Accordingly, the Clerk is directed to close this file.

This is the final order in this case.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge